BENJAMIN MARSHALL, Appellant, *v.* CITY OF NEW YORK et al., Respondents.

Argued January 20, 1955; decided March 10, 1955.

*Eugene J. Morris, Gustave G. Rosenberg, Leon Himmelfarbe* and *Albert J. Rosenthal* for appellant.

*Leo A. Larkin, Acting Corporation Counsel* (*Robert E. Hugh* and *Seymour B. Quel* of counsel), for City of New York, respondent.

*James I. Cuff, William J. Kenney, Lillian E. .Cuff* and *Hobart R. Marvin* for Standard Water Proofing Corporation, respondent.

Judgment affirmed; no opinion.

Concur: CONWAY, Ch. J., DESMOND, DYE, FULD, FROESSEL and VAN VOORHIS, JJ. Taking no part: BURKE, J.